[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
DEC 18 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Uluk Toktonazar Uulu )
Plaintiff )
)
v. )
)
)
)
Defendant )

United States District Court
Northern District of Illinois

1:24-cv-13009
Judge Joan B. Gottschall
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 2

Nurlanbek Borzhiev  COMPLAINT

On May 1 2024, Nurlanbek Borzhiev (defendant) entered into a written agreement wherein he agrees to pay Uluk Toktonazar Uulu monthly payment of $4,500 in exchange for the vehicle "2020 Ford FX-350" (VIN: 1FT8W3DT2NED11673) with recorded miles of 270,000 at the time of sale. The agreement specified an APR of 6.14% starting in June 2024. Uluk Toktonazar Uulu performed all his obligations under the contract, including delivering the vehicle to defendant. Despite Plaintiff's fulfilment of the contract, defendant has failed and refused to pay the agreed and signed amount with accrued interest and penalties in total of $13,200, despite repeated demands for payment. Final demand for Payment letter included in the Complaint was mailed certified. As of the date of this complaint, Defendant remains in the breach of the contract and has failed to make any payments toward the outstanding balance owed to Plaintiff. Wherefore, Uluk Toktonazar Uulu respectfully request the Judge, enter judgement in favor of Plaintiff and against Nurlanbek Borzhiev in the amount of $13,200, includes interest from the date of breach of the contract

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | |
|---|---|
| Uluk Toktonazar Uuly )<br>Plaintiff )<br>)<br>v. )<br>)<br>Nurlanbek Borzhiev )<br>Defendant ) | **United States District Court**<br>**Northern District of Illinois** |

## COMPLAINT

Respectfully submitted,

Uluk Toktonazar Uuly

12256 Butler Ln

Huntley, IL, 60142

(312)-586-5636

uqconsulting203@gmail.com

12/18/2024



Uluk Toktonazar Uulu
710 W Higgins Rd, Suite 203
Park Ridge, IL, 60068
+1(312)586-5636
uaconsulting203@gmail.com

**November 18, 2024**

**Via Certified Mail – Return Receipt Requested**
Nurlanbek Borzhiev
5421 East River Rd, apt 408
Chicago, IL, 60656

**Re: Final Demand for Payment or Return of Vehicle (2022 Ford FX-350, VIN:1FT8W3DT2NED11673 )**

Dear Mr. Borzhiev:

This letter serves as your final demand to resolve your breach of the sales agreement dated **May 1, 2024**, regarding the purchase of the **2022 Ford FX-350** (VIN: **1FT8W3DT2NED11673**), which had a recorded mileage of **270,000 miles** at the time of sale. The agreement specified an **APR of 6.14%**, and required you to make monthly payments of **$1,500** on the beginning of **each month**, starting in **June 2024**.

To date, you have failed to make any payments or return the vehicle, constituting a **material breach of contract**. Furthermore, your continued possession of the vehicle without payment is unlawful and will be reported as **theft** to law enforcement authorities.

## Amount Due

As of **11/18/2024**, the total amount owed is as follows:

- Missed payments (June–August): **$4,500**
- Accrued interest and penalties **$8,700**
- Total balance due: **$13,200**

## Demand for Immediate Action

You are hereby given **one final opportunity** to resolve this matter by no later than **5 business days from receipt of this letter** by:

1. **Paying the full balance owed**, totaling **$13,100**; or
2. **Returning the vehicle** in its original condition, including all keys, accessories, and documents, to my possession.

Failure to comply with this demand by the stated deadline will result in the following actions:

- **Filing a Police Report for Theft**: Your refusal to pay or return the vehicle constitutes **unauthorized possession** and may result in criminal charges.
- **Pursuing Legal Action**: I will file a **civil lawsuit for breach of contract, conversion, and damages** in an Illinois court. This will include a **replevin action** to recover possession of the vehicle, as well as demands for all associated costs, including attorney's fees and court costs.

## Notice of Intent to Escalate

This letter serves as a formal notification of your default and my intent to enforce my rights under Illinois law. Your lack of payment and refusal to return the vehicle leave me no alternative but to escalate this matter **legally** and **criminally**.

## Deadline for Compliance

You must contact me immediately at **+1(312)586-5636** or **uaconsulting203@gmail.com** to confirm your intention to resolve this matter. If I do not receive payment or the return of the vehicle by **11/22/24**, I will proceed with the following steps without further notice:

1. File a police report with the Chicago Police Department for theft of the vehicle.
2. File a civil lawsuit in the Illinois Circuit Court for the full amount owed and recovery of the vehicle.
3. Pursue a **replevin action** to recover immediate possession of the vehicle.
4. Seek additional damages for wrongful possession of property, lost use, and any other applicable claims under Illinois law.

If I do not receive payment or the vehicle by the stated deadline, I will proceed with litigation without further correspondence. This communication serves as formal notice pursuant to all applicable laws and contractual terms.

Sincerely,
Uluk Toktonazar Uulu

*[signature]* 11,17,24

BILL OF SALE

This Pickup Truck Sales Agreement ("Agreement") is made effective as of __05.01__, 2024, between __MIRLANBEK BORZUNE__ ("Seller"), and __ULUK TOKTOMATE VU IU__ ("Buyer").

1. Vehicle Description: The Seller agrees to sell, and the Buyer agrees to purchase the following pickup-truck:
   - Make: **Ford**
   - Model: **FX350**
   - Year: **2022**
   - Vehicle Identification Number: (VIN): __1FT8W3DT2NED11673__
   - Mileage: __270,000__

2. Purchase Price: The total purchase price for the pickup-truck is $ __52000__

3. The Buyer agrees to pay a down payment of $ __5000__, where $ __2000__ was paid on __05.01__, 2024, and $ __3000__ will be paid on __06.15__, 2024, upon signing this Agreement, with the remaining balance to be paid in monthly installments as outlined below.

4. Monthly Payments:
   - The remaining balance of the purchase price, after the down payment is $ - __50000__ shall be paid in monthly installments of $ __1500__ each.
   - The Buyer agrees to make monthly payments on the __1500__ of each month, beginning on __05.05__ 2024, until the balance is paid in full.

5. Late Fees:
   - In the event if the payment is not received by the due date, Buyer is responsible for all the late fees. __100$__

6. Sales Final:
   - The Buyer acknowledges that all sales are final, and no refunds or returns will be accepted once the Agreement is signed
   - The Buyer understands that they are purchasing the pickup-truck in its current condition and that the Seller makes no warranties, express or implied, regarding the condition or fitness for a particular purpose of the pickup-truck.

7. Physical Insurance:
   - The Buyer should maintain a Physical Liability Insurance for the truck all time. In case, any accident takes place and liability insurance is not in place, the Buyer will be responsible for all the damages, loss, and property. In case, the truck becomes total loss without insurance, the Buyer should pay the remaining balance in full.

8. Title Transfer and Registration:

- The Seller agrees to transfer the title of the pickup-truck to the Buyer upon full payment of the purchase price.
- The Buyer shall be responsible for all costs associated with registering and licensing the pickup truck in their name.

9. Default:
   - If the Buyer fails to make any payment when due under this Agreement, the Seller may declare the entire remaining balance immediately due and payable and may pursue any legal remedies available to collect such amount.

10. Governing Law:
    - This Agreement shall be governed by and construed in accordance with the laws of Illinois.

11. Entire Agreement:
    - This Agreement contains the entire understanding between the parties and supersedes all prior agreements and understandings relating to the subject matter hereof.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

NURLANBEK BORZHIEV          Uluk Toktonazar uulu

Signature: _____        Signature: _____

Date: 05 01 24                    Date: 05.01.24

**Nurlanbek Borzhiev** — 1FT8W3DT2NED11673

| Month | Principal | Interest | Remaining Principal | |
|---|---|---|---|---|
| May | $1,261.04 | $240.48 | $45,738.96 | — ⎫ |
| June | $1,267.49 | $234.03 | $44,471.48 | = ⎬ $6000 outstanding |
| July | $1,273.97 | $227.55 | $43,197.50 | = ⎭ |
| August | $1,280.49 | $221.03 | $41,917.01 | = |
| September | $1,287.04 | $214.48 | $40,629.96 | |
| October | $1,293.63 | $207.89 | $39,336.33 | |
| November | $1,300.25 | $201.27 | $38,036.09 | |
| December | $1,306.90 | $194.62 | $36,729.18 | |
| 2025 | | | | |
| January | $1,313.59 | $187.93 | $35,415.60 | |
| February | $1,320.31 | $181.21 | $34,095.29 | |
| March | $1,327.07 | $174.45 | $32,768.22 | |
| April | $1,333.86 | $167.66 | $31,434.36 | |
| May | $1,340.68 | $160.84 | $30,093.68 | |
| June | $1,347.54 | $153.98 | $28,746.14 | |
| July | $1,354.44 | $147.08 | $27,391.71 | |
| August | $1,361.37 | $140.15 | $26,030.34 | |
| September | $1,368.33 | $133.19 | $24,662.01 | |
| October | $1,375.33 | $126.19 | $23,286.68 | |
| November | $1,382.37 | $119.15 | $21,904.31 | |
| December | $1,389.44 | $112.08 | $20,514.87 | |
| 2026 | | | | |
| January | $1,396.55 | $104.97 | $19,118.32 | |
| February | $1,403.70 | $97.82 | $17,714.62 | |
| March | $1,410.88 | $90.64 | $16,303.74 | |
| April | $1,418.10 | $83.42 | $14,885.64 | |
| May | $1,425.35 | $76.16 | $13,460.28 | |
| June | $1,432.65 | $68.87 | $12,027.64 | |
| July | $1,439.98 | $61.54 | $10,587.66 | |
| August | $1,447.35 | $54.17 | $9,140.31 | |
| September | $1,454.75 | $46.77 | $7,685.56 | |
| October | $1,462.20 | $39.32 | $6,223.37 | |
| November | $1,469.68 | $31.84 | $4,753.69 | |
| December | $1,477.20 | $24.32 | $3,276.49 | |
| 2027 | | | | |
| January | $1,484.75 | $16.76 | $1,791.74 | |
| February | $1,492.35 | $9.17 | $299.39 | |

| | |
|---|---|
| The total purchase price for the truck | $52,000.00 |
| Down payment paid | $5,000.00 |
| Interest rate | 6.14% |
| Remaining Principal 8/21/24 | $47,000.00 |